

# NUMBER 13-19-00384-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE CITY OF PHARR

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Per Curiam Order

Relator City of Pharr filed a petition for writ of mandamus in the above cause on August 9, 2019. Through this original proceeding, relator seeks to compel the trial court to vacate its June 14, 2019 order denying relator's motion to compel discovery.

The Court requests that the real parties in interest, Noel Garcia and Martha Lira, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
12th day of August, 2019.